IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIJAH CLAYTON MASON,

    Defendant.                                Case No. 06-cr-30089-DRH

## ORDER

**HERNDON, Chief Judge:**

The Court being duly advised in the premises **GRANTS** the Motion to Withdraw (Doc. 56) filed by Assistant Public Defender Dan Cronin, of the Federal Public Defender's Office. The Court further appoints **Susan Gentle**, Attorney at Law, to serve as CJA-appointed counsel for defendant Elijah Clayton Mason in this matter.

**IT IS SO ORDERED**.

Signed this 30th day of November, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**